IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

Civil Action No. 20-cv-00044-DDD-NYW

JONATHAN MCLANE, JOHN THOMAS COOPER, JR., and KATIE ETCHEVERRY,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, MICHAEL B. HANCOCK, AMANDA P. SANDOVAL, KEVIN FLYNN, JAMIE TORRES, KENDRA BLACK, AMANDA SAWYER, PAUL KASHMANN, JOLON CLARK, CHRISTOPHER HERNDON, CANDI CDEBACA, CHRIS HINDS, STACIE GILMORE, ROBIN KNIECH, DEBORAH ORTEGA, KRISTIN M. BRONSON, MICHAEL J. HYMAN, PAUL PAZEN, BARB ARCHER, RON THOMAS, and JOHN AND JANE DOES 1–10,

    Defendants.

---

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

Before the Court is the recommendation (Doc. 27) of United States Magistrate Nina Y. Wang that the Court dismiss this case without prejudice due to Plaintiffs Jonathan McLane, John Thomas Cooper, Jr., and Katie Etcheverry's failure to prosecute. The recommendation states that objections to the recommendation must be filed within fourteen days after its service on the parties. (Doc. 27 at 5 n.2 (citing 28 U.S.C. § 36(b)(1); Fed. R. Civ. P. 72(b); *Griego v. Padilla (In re Griego)*, 64 F.3d 580, 583 (10th Cir. 1995).) The recommendation was served on the parties on April 22, 2020 at the addresses they provided to the Court, and no party has objected to the recommendation.

In the absence of a timely objection, the Court may review a magistrate judge's recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150, 154 (1985)). In this matter, the Court has reviewed the recommendation to satisfy itself that there is "no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee Notes. Based on that review, the Court has concluded that the recommendation is a correct application of the facts and the law.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 27) is **ACCEPTED** and **ADOPTED**; and the case is hereby **DISMISSED WITHOUT PREJUDICE** based on Plaintiffs' failure to prosecute and failure to comply with Court orders.

DATED: May 8, 2020           BY THE COURT:

Hon. Daniel D. Domenico